IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KEN NOWLIN                                                                                          PLAINTIFF

V.                                                                        CAUSE NO.: 3:10CV45-SA-SAA

LAFAYETTE COUNTY, MISSISSIPPI, ET AL.                                        DEFENDANTS

### ORDER

Pursuant to an opinion issued today, it is hereby ORDERED that:

(1)   Defendant Anthony Farese's Motion to Dismiss [4] is GRANTED.

(2)   Defendants Lafayette County, Mississippi, Billy Lamb, Robert Blackmon, Keith Brown, Kenny Arbuckle, and David D. O'Donnell's Motion to Dismiss [24] is GRANTED.

(3)   Defendant Johnny Morgan's Motion to Dismiss [32] is GRANTED.

(2)   Pursuant to Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994), Plaintiff's claims are hereby dismissed with prejudice until the conditions set forth by that precedent are met.

(2)   This case is CLOSED.

SO ORDERED, this the 13th day of October, 2010.

                                                                  /s/ Sharion Aycock
                                                                  **U.S. DISTRICT JUDGE**